### IN THE UNITED STATES DISTRICT COURT FOR THE

### WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 0 4 2026

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____ *naa* _____ , DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. **CR 26-343 D** |
| | ) | |
| JARVIS JEROME PIERRE, | ) | Violations: 18 U.S.C. § 871(a) |
| | ) | 18 U.S.C. § 111(a)(1) |
| Defendant. | ) | 18 U.S.C. § 115(a)(1)(B) |

### INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Threat Against the President)

On or about July 14, 2026, in the Western District of Oklahoma,

---------------------------------- **JARVIS JEROME PIERRE** ----------------------------------

knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, made a threat to take the life of and to inflict bodily harm upon the President of the United States, specifically, made multiple threats to kill Donald Trump.

All in violation of Title 18, United States Code, Section 871(a).

### COUNT 2
### (Assaulting, Resisting, or Impeding a Federal Officer or Employee with Physical Contact)

On or about July 22, 2026, in the Western District of Oklahoma,

---------------------------------- **JARVIS JEROME PIERRE** ----------------------------------

knowingly and forcibly assaulted, resisted, opposed, impeded, and intimidated and interfered with a person designated in Title 18 United States Code, Section 1114, to wit: an officer or employee of the United States, namely: D.G., while D.G. was engaged in the performance of his official duties, and the act involved physical contact with D.G.

All in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 3
### (Threatening a Federal Law Enforcement Officer)

On or about July 22, 2026, in the Western District of Oklahoma,

-------------------------------- **JARVIS JEROME PIERRE,** --------------------------------

an inmate at the Federal Transfer Center federal prison in Oklahoma City, Oklahoma, threatened to assault and murder M.P-H., a federal law enforcement officer and employee of the Federal Bureau of Prisons, with intent to impede, intimidate, and interfere with M.P-H. while M.P-H. was engaged in the performance of official duties, and with intent to retaliate against M.P-H. on account of the performance of M.P-H.'s official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B), the penalty for which is found in Title 18, United States Code, Section 115(b)(4).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

TIFFANY EDGMON
Assistant United States Attorney

2